# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MANDY G. JOHNSON                               CIVIL ACTION

VERSUS

CAMPUS APARTMENTS, L.L.C.                NO.: 18-00259-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 4)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendant, Campus Apartment, L.L.C.'s Motion to Remand (Doc. 3). The Magistrate Judge recommended that the Motion to Remand be granted and this matter remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana due to insufficient allegations of complete diversity and the requisite amount in controversy. (Doc. 4 at p. 7).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party filed a response. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

19th JDC - Certified

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 4)** is ADOPTED as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendant's **Motion to Remand (Doc. 3)** is **GRANTED**.

IT IS FURTHER ORDERED that this matter is **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 22nd day of May, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA